UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE FOUR APPLICATIONS FOR SEARCH
WARRANTS SEEKING INFORMATION
ASSOCIATED WITH PARTICULAR                    CRIMINAL NO. 3:25-CR-38-CWR-ASH
CELLULAR TOWERS
A/K/A TOWER-DUMP WARRANTS

**ORDER**

Before the Court is the United States' *Motion for Extension of Time* requesting additional time to file its motion to reverse or vacate the Magistrate Judge's order declining to sign search warrants on the grounds that the attorneys for the United States need additional time to submit its motion due to the novelty of the issues before the Court and the attorneys' schedule constraints. Docket No. 8. The Court finds that the motion is well taken.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the motion for extension of time be granted. The United States' motion to reverse or vacate the Magistrate Judge's order is due March 21, 2025.

This the 5th day of March, 2025.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT COURT JUDGE

1