IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE FOUR APPLICATIONS FOR
SEARCH WARRANTS SEEKING
INFORMATION ASSOCIATED WITH
PARTICULAR CELLULAR TOWERS
A/K/A TOWER-DUMP WARRANTS

USA                                                                                           PLAINTIFF

CRIMINAL NO. 3:25-cr-38-CWR-ASH

THE NATIONAL ASSOCIATION OF CRIMINAL
DEFENSE LAWYERS (NACDL), THE AMERICAN
CIVIL LIBERTIES UNION (ACLU), THE ACLU of MISSISSIPPI,
THE ELECTRONIC FRONTIER FOUNDATION (EFF),
THE MISSISSIPPI OFFICE OF THE
STATE PUBLIC DEFENDER (OSPD)                    INTERESTED PARTIES

## ENTRY OF APPEARANCE

PLEASE TAKE NOTE THAT Goodloe T. Lewis of the law firm of Hickman, Goza & Spragins, Oxford, Mississippi, will appear and defend the interests of interested parties, The National Association of Criminal Defense Lawyers (NACDL), The American Civil Liberties Union (ACLU), The ACLU of Mississippi, The Electronic Frontier Foundation (EFF),The Mississippi Office of the State Public Defender (OSPD).

RESPECTFULLY SUBMITTED,

NATIONAL ASSOCIATION of CRIMINAL DEFENSE LAWYERS, THE AMERICAN CIVIL LIBERTIES UNION, THE ACLU OF MISSISSIPPI, THE ELECTRONIC FRONTIER FOUNDATION, AND THE MISSISSPPI OFFICE OF THE STATE PUBLIC DEFENDER

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com


BY:   /s/ Goodloe T. Lewis
GOODLOE T. LEWIS, MSB # 9889

**CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, of Hickman, Goza & Spragins, PLLC, Attorneys at Law, Oxford, Mississippi, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the MEC system which sent notification of such filing to all counsel of record, including:

Matthew Wade Allen
U.S. ATTORNEY'S OFFICE
501 E. Court Street, Suite 4.430
Jackson, MS 39201
matthew.allen2@usdoj.gov

Lakeita Fay Rox-Love
U.S. DEPARTMENT OF JUSTICE
1301 New York Avenue NW
Washington, DC 2005
Lakeita.rox-love@usdoj.gov

DATED: March 12, 2025.

*/s/ Goodloe T. Lewis*
GOODLOE T. LEWIS