## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| IN RE FOUR APPLICATIONS FOR SEARCH WARRANTS SEEKING INFORMATION ASSOCIATED WITH PARTICULAR CELLULAR TOWERS A/K/A TOWER-DUMP WARRANTS | CAUSE NO. 3:25-CR-38-CWR-ASH |

## ORDER

Before the Court is the United States' motion to stay proceedings requesting additional time to determine whether it will seek review of the Magistrate Judge's order pending on this docket. The Court finds that the motion is well taken.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the motion stay proceedings be granted. The proceedings are hereby stayed for ninety (90) days.

**SO ORDERED**, this the 21st day of March, 2025.

s/ Carlton W. Reeves<br>
UNITED STATES DISTRICT JUDGE