UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE FOUR APPLICATIONS FOR SEARCH
WARRANTS SEEKING INFORMATION
ASSOCIATED WITH PARTICULAR                    CRIMINAL NO. 3:25-CR-38-CWR-ASH
CELLULAR TOWERS
A/K/A TOWER-DUMP WARRANTS

## MOTION TO EXTEND THE STAY OF THE PROCEEDINGS

The United States of America respectfully requests a 30-day extension of the stay that is currently in place in this matter. In support of the motion, the government states the following:

On February 21, 2025, the magistrate judge issued an opinion denying four search warrants for cell tower data in relation to various service providers. *See* Doc. No. 6. On March 20, 2025, the government filed a motion to stay this matter to provide additional time to determine whether it will seek review of the magistrate judge's order pending on this docket. *See* Doc. No. 12. On March 21, 2025, the Court granted the motion. *See* Doc. No. 13. The government is filing this motion to seek a 30-day extension of the stay, which is set to expire on Friday, June 20, 2025.[1]

"The district court has the inherent power to control its own docket, including the power to stay proceedings." *Datatreasury Corp. v. Wells Fargo & Co.*, 490 F. Supp. 2d 749, 754 (E.D. Tex. 2006) (quoting *Soverain Software LLC v. Amazon.com, Inc.*, 356 F.Supp.2d 660, 662 (E.D. Tex. February 9, 2005)). Moreover, "[t]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Id*. (quoting *Landis v. N. Am. Co.,* 299 U.S. 248 (1936)). The government's request for a stay is not sought for the purpose of delay, and the

---

[1] The stay would have expired on Thursday, June 19, 2025, but June 19 is a federal holiday, and therefore the stay will expire on Friday, June 20, 2025.

government, in good faith, believes that a stay is necessary to assess whether to pursue further review. As no other party is currently involved in this matter, there is no opposition to this request nor will there be any prejudice.

Accordingly, the United States respectfully requests a 30-day extension of the stay that is currently in place, which would result in the stay expiring on Monday, July 21, 2025. The United States requests any other relief the Court deems appropriate.

        Respectfully submitted,

        PATRICK A. LEMON
        *Acting United States Attorney for the*
        *Southern District of Mississippi*

By:  /s/ Matt Allen
        MATTHEW W. ALLEN
        Mississippi Bar Number 101605
        *Assistant United States Attorney*
        501 E. Court Street, Suite 4.430
        Jackson, Mississippi 39201
        (601) 965-4480

        DAVID L. JAFFE
        *Chief, Violent Crime and Racketeering Section*
        *Department of Justice*

By:  /s/ Lakeita F. Rox-Love
        LAKEITA F. ROX-LOVE
        Mississippi Bar Number 103781
        *Trial Attorney*
        1301 New York Avenue, NW
        Washington, D.C. 20530
        (202) 307-3345