**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE FOUR APPLICATIONS FOR SEARCH WARRANTS SEEKING INFORMATION ASSOCIATED WITH PARTICULAR CELLULAR TOWERS A/K/A TOWER-DUMP WARRANTS | CAUSE NO. 3:25-CR-38-CWR-ASH |

**ORDER**

Before the Court is the United States' motion to extend the stay of proceedings requesting additional time to determine whether it will seek review of the Magistrate Judge's order pending on this docket. The Court finds that the motion is well-taken and that it should be granted.

**IT IS, THEREFORE, ORDERED** that the motion to extend the stay of proceedings be granted. The stay in this matter is extended by an additional thirty (30) days, which will result in the stay expiring on Monday, July 21, 2025.

**SO ORDERED**, this the 20th day of June, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE