### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| IN RE FOUR APPLICATIONS FOR SEARCH WARRANTS SEEKING INFORMATION ASSOCIATED WITH PARTICULAR CELLULAR TOWERS A/K/A TOWER-DUMP WARRANTS | CAUSE NO. 3:25-CR-38-CWR-ASH |

### ORDER

Before the Court are three motions. In the first motion, Docket No. 10, the National Association of Criminal Defense Lawyers, the American Civil Liberties Union ("ACLU"), the ACLU of Mississippi, the Electronic Frontier Foundation, and the Mississippi Office of the State Public Defender, request leave to file an *amicus curiae* brief in this case. No response has been filed. The government is directed to respond to the motion by Monday, July 14, 2025. To the extent a reply is necessary, *amici* shall have until Friday, July 18, 2025 to file their rebuttal.

In the second motion, the United States requests consolidated review of the Magistrate Judge's February 21, 2025 and June 27, 2025 orders denying the respective search warrant applications. The motion is granted in part and denied in part. Because the Magistrate Judge's orders concern the same issues, the government may address both orders in its motion for review. The deadline for the government's motion, however, is stayed pending resolution of the motion on the *amicus* brief.

2

In the third motion, the United States requests that this case be sealed. The Court defers ruling on this motion pending resolution of the motion on the *amicus* brief.

**SO ORDERED**, this the 10th day of July, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE