IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE FOUR APPLICATIONS FOR SEARCH
WARRANT SEEKING INFORMATION
ASSOCIATED WITH PARTICULAR                     [UNDER SEAL]
CELLULAR TOWERS
A/K/A TOWER-DUMP WARRANTS                      Crim. No. 3:25cr38CWR-ASH

## AMENDED MOTION TO SEAL

The United States of America amends its previous request to move the Court that this case be sealed in part. *See* L. Crim. R. 49.1(A). In support, the government represents the following:

The government sought several search warrants from the magistrate judge. In the normal course, the warrant applications and warrants are kept under seal using an mj case number. Normally, the entire mj case is sealed. This is because revealing the existence of an investigation, the techniques used in an investigation, or the content of search warrant applications (including the probable cause supporting such applications) prior to charging or arresting any potential defendant may jeopardize the investigation and potentially put law enforcement agents at risk.

Though this matter began as a request for search warrants of property, a criminal case against a "defendant" was opened on the public docket. Indeed, some mj matters never ripen into criminal cases, so the existence of a criminal *case* against an unnamed defendant at this juncture is premature.

Unless this case is sealed, the government will be required to seek to seal each filing, which will require the government to explain not only its reasons for sealing, but also what documents it seeks to seal—potentially revealing investigative processes and reasoning. The government is not required to take such precautions in any other criminal matter brought to magistrate judges in the pre-indictment, investigative phases and requiring it to do so here may harm the investigation and

hamper law enforcement activities. Failing to seal the case also puts other matters on the public docket, such as text orders and notices of sealed documents—breadcrumbs that may leave an unintended trail to witnesses, agents, targets, or other sensitive aspects of the investigations.

The government requests that the United States Attorney's Office be allowed to make copies of this motion, the warrants applications, warrants, and any other filing as necessary to continue its investigation and law enforcement activities.

On Thursday, July 10, 2025, the Court ordered the United States to file with the Court its position with respect to the motion of the American Civil Liberties Union ("ACLU"), the ACLU of Mississippi, the Electronic Frontier Foundation, and the Mississippi Office of the State Public Defender ("Proposed Amici") to file an *Amicus Curiae* brief. The United States is this day filing that response. Because the United States is not opposing the proposed Amici filing a brief on the legal issues raised in the magistrate judge's already-public orders (Dkt. Nos. 6 and 19), though opposing permitting the Proposed Amici access any factual information related to the investigation or information already under seal (see Response), the United States is modifying its request to seal to seek the sealing of everything in this matter other than the magistrate judge's orders which are already in the public domain (Dkt. Nos. 6 and 19) and the brief to be filed by the Proposed Amici.

ACCORDINGLY, the United States requests that the Court SEAL the case and all documents filed in this case except for the magistrate judge's orders (Dkt. No. 6 and 19) that are already in the public domain and the brief to be filed by the Proposed Amici. This sealing would include but not be limited to the search warrant applications, text orders, this Motion and the related Order to Seal, and the government's motions and filings in this case until such time as a charging document is returned or any future defendant is arrested.

        PATRICK A. LEMON
        *Acting United States Attorney for the*
        *Southern District of Mississippi*

By:  /s/ Matt Allen
        MATTHEW W. ALLEN
        Mississippi Bar Number 101605
        *Assistant United States Attorney*
        501 E. Court Street, Suite 4.430
        Jackson, Mississippi 39201
        (601) 965-4480


        DAVID L. JAFFE
        *Chief, Violent Crime and Racketeering Section*
        *Department of Justice*

By:  /s/ Lakeita F. Rox-Love
        LAKEITA F. ROX-LOVE
        Mississippi Bar Number 103781
        *Trial Attorney*
        1301 New York Avenue, NW
        Washington, D.C. 20530
        (202) 307-3345