IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE FOUR APPLICATIONS FOR SEARCH
WARRANTS SEEKING INFORMATION                    [UNDER SEAL]
ASSOCIATED WITH PARTICULAR
CELLULAR TOWERS
A/K/A TOWER-DUMP WARRANTS                       Crim. No. 3:25cr38CWR-ASH

## ORDER GRANTING AMENDED MOTION TO SEAL

For the reasons stated in the government's Amended Motion to Seal, the Court grants the motion. The government's first Motion to Seal will be docketed under seal but is denied as moot.

IT IS HEREBY ORDERED that the case and all documents filed herein be sealed except for the magistrate judge's orders (Dkt. No. 6 and 19) that are already in the public domain and the *Amicus Curiae* brief to be filed by the American Civil Liberties Union ("ACLU"), the ACLU of Mississippi, the Electronic Frontier Foundation, and the Mississippi Office of the State Public Defender. The sealing would include but not be limited to the search warrant applications, text orders, and the government's motions and filings in this case be sealed, as well as the Motion and this Order to Seal.

IT IS FURTHER ORDERED that the United States Attorney's Office shall be allowed to make copies of the warrants applications, warrants, and any other filing as necessary to continue its investigation and law enforcement activities.

ORDERED this 14th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE