IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE FOUR APPLICATIONS FOR
SEARCH WARRANTS SEEKING
INFORMATION ASSOCIATED WITH          CRIMINAL NO. 3:25-cr-38-CWR-ASH
PARTICULAR CELLULAR TOWERS
A/K/A TOWER-DUMP WARRANTS

## MOTION TO DIRECT CLERK TO PROVIDE NOTICE OF FILINGS

COMES NOW, the National Association of Criminal Defense Lawyers ("NACDL"), the American Civil Liberties Union ("ACLU"), the ACLU of Mississippi, the Electronic Frontier Foundation ("EFF"), and the Mississippi Office of the State Public Defender ("OSPD"), files this Motion to Direct Clerk to Provide Notice of Filings in the above-captioned matter, and would state unto the Court as follows:

I.

By Order [20], dated July 10, 2025, the Court deferred ruling upon the Government's motion to seal this case. The movant understands that the court eventually did order that the file be sealed.

II.

As a result of the sealing of the case, the movants no longer has access to the online docket, and are concerned that they are no longer receiving notifications of activity of the case, including filings by the government and most importantly rulings by the Court.

III.

Therefore, the movants respectfully requests that the Court order the Clerk to provide the movants notice of any and all activity occurring in the case from this point forward so that they may be fully advised of what is going on.

WHEREFORE, PREMISES CONSIDERED, the movants respectfully request the Court enter an Order requiring the Clerk to provide notice of filings in the above case. The movant requests any further relief the Court may find warranted in the premises.

RESPECTFULLY SUBMITTED,

NATIONAL ASSOCIATION of CRIMINAL DEFENSE LAWYERS, THE AMERICAN CIVIL LIBERTIES UNION, THE ACLU OF MISSISSIPPI, THE ELECTRONIC FRONTIER FOUNDATION, AND THE MISSISSPPI OFFICE OF THE STATE PUBLIC DEFENDER

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com


BY: /s/ Goodloe T. Lewis
GOODLOE T. LEWIS, MSB # 9889

## CERTIFICATE OF SERVICE

I, GOODLOE T. LEWIS, attorney for NATIONAL ASSOCIATION of CRIMINAL DEFENSE LAWYERS, THE AMERICAN CIVIL LIBERTIES UNION, THE ACLU OF MISSISSIPPI, THE ELECTRONIC FRONTIER FOUNDATION AND THE MISSISSPPI OFFICE OF THE STATE PUBLIC DEFENDER, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

This the 10th day of August, 2025.

/s/ Goodloe T. Lewis
GOODLOE T. LEWIS