UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 1 4 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

| United States of America | Plaintiff | |
|---|---|---|
| v. | | CIVIL ACTION NO. 3:25-CR-38-CWR-ASH |
| Unknown | Defendant | |

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Christopher Perry Beall

Firm Name: Recht Kornfeld, P.C.

Office Address: 30 Broad Street, Suite 1402

City: New York  State NY  Zip 10004

Telephone: (303) 573-1900  Fax: (303) 446-9400

E-Mail: christopher@rklawpc.com

(B) Client(s): Court Watch

Address: 909 Rose Ave., Suite 400

City: North Bethesda  State MD  Zip 20852

Telephone: _____  Fax: _____

The following information is optional:

1

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Yes. I have more than two decades of experience representing news media organizations, and I teach media law at the University of Denver in its law school, graduate school, and undergraduate college.

(C)     I am admitted to practice in the:

☑     State of _NY and CO_

☐     District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

New York State Unified Court System
(https://iapps.courts.state.ny.us/attorneyservices/search?5)
Office of Court Administration, Attorney Registration Unit
25 Beaver Street - Room 840
New York, NY 10004
212-428-2800

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|

State of Colorado
Office of Attorney Regulation Counsel
(https://www.coloradolegalregulation.com/attorney-search/)
Ralph L. Carr Judicial Center
Colorado Supreme Court
1300 Broadway, Suite 500
Denver, CO 80203
(303) 457-5800

1997 to current

State of New Mexico (inactive)

2001 to 2021

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | Yes | No |
|---|---|---|
| (F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None | | |

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

None

|                                                                                                              | Yes | No |
|--------------------------------------------------------------------------------------------------------------|-----|-----|
| (I)   Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     TreMarcus D. Rosemon, MSB No. 105724

Firm Name:     CARNER & ROSEMON, PLLC

Office Address:   401 East Capitol Street, Suite 310

City: Jackson          State: MS        Zip: 39201

Telephone: 601-427-8999     Fax:   769-233-8941

Email address:  tremarcus@carnerrosemon.com

5

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

Aug. 9, 2025
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the _14th_ day of _August_, 2025

_____
Resident Attorney