

Home > Posts > #134: DOJ Denied, Yet Again.

# #134: DOJ Denied, Yet Again.

Prosecutors attempted to thread the needle on a previously deemed unconstitutional law enforcement practice. A Judge wasn't convinced. Plus: George Clooney's Tequila Might Not Be Pure, Pinterest Scraps, Dropped Assault Charges against ICE, and Every Maryland Federal Judge Subpoenaed.



Seamus Hughes, Peter Beck
Jul 10, 2025



Welcome to *Court Watch* #134. To prepare for this issue, we tasted George Clooney's liquor, hugged a puppy, judgingly scrolled Pinterest, and told our dishwasher we knew a guy if it didn't get our plates spotless. We also took a trip down memory lane to 1985, where the docket entries are sparse but the font choice is on point. We assure you this will all make sense once you get through today's roundup. But first, let's talk about the Justice Department taking another bite at the constitutional apple.

## Denial Is a River in Mississippi

The Justice Department tried and failed again to convince a federal judge to sign off on a series of search warrants for information related to everyone near six cell towers in Mississippi. With ten days left to decide whether the DOJ wants to give up a well-worn law enforcement technique, the clock is ticking.

Judges have previously authorized the use of so-called *"tower dumps,"* a common investigative practice by law enforcement, numerous times. Yet, one federal magistrate in Mississippi broke from

used by investigators to determine which cell phones are present in a fixed area – as unconstitutional, Judge Andrew Harris found that tower dumps, too, clashed with the Fourth Amendment. Together, the cases may have significant ramifications for the way law enforcement conducts investigations in the digital age.

The Justice Department has so far had an uncharacteristically quiet response, repeatedly _asking the court_ for more time to decide whether prosecutors will appeal Judge Harris's decision. Traditionally, the Justice Department has been quick to appeal rulings that limit the power of law enforcement, raising eyebrows about the delay in this case. A final motion on whether the prosecutors will appeal is due to the court on July 21st.

In the meantime, new filings show that prosecutors resubmitted the warrants to target a narrower scope of data in an apparent effort to change the court's mind. The new warrants asked the Judge to approve data dumps from six tower locations over a total of six hours, a decrease from the nine towers over fourteen hours that law enforcement had initially requested in February. Prosecutors also stated that investigators would not be able to access the data of devices that appear at one location, allowing agents to access only the cell data for devices that connected to multiple towers near crime scenes in the case.

Judge Andrew Harris, however, was unmoved by the second attempt, writing in his most _recent order_, "The problem that persists in the current warrant applications is that if the Court were to issue the warrants, it would be authorizing the Government to search the data for every cellular device (including cell phones) of every single individual near the crime scenes without a showing of probable cause as to each individual. And while the applications say that the team investigating the crimes at issue here will not have access to data for any devices that appear at only one of the six locations—presumptive innocent bystanders for whom there is no probable cause—the Government will have obtained that data and searched it to identify and cull relevant devices, i.e., those appearing at more than one of the targeted locations. As in _Smith_, and as with the previous applications, the tower-dump warrant applications 'present the exact sort of "general, exploratory rummaging" that the Fourth Amendment was designed to prevent.'"

Prosecutors have just ten days to decide whether to appeal the case. Regardless, Judge Harris's decision potentially marks the start of a wave of Fourth Amendment challenges to tower dumps that will reverberate beyond Mississippi. The U.S. Attorney's office for the Southern District of Mississippi did not respond to multiple requests for comment.

However, a ruling late Thursday evening _made note_ that "the United States requests this case be sealed."

- **We're very much** _here for tea_ involving Hulk Hogan's Real American beer distribution. Bloomberg Law has the _write-up_.

- **In PACER history lore,** today marks the 40th year of _this docket_ being continuously updated.

- **The feds** say a man created a fake _Pakistani film company,_ got visas from other film companies in Ecuador, Colombia, and Cuba, and used the visas to try to smuggle people into the U.S.

- **Judge:** Can you make a good argument why I shouldn't _just use someone else's work_?

- **Do you quietly track random dockets in Texas for years** on the off chance they have a filing of importance so you can tip off a very good reporter? _Yes, yes we do_.

- **It's infuriating that academics** have to file a _motion with the courts_ to get free access to public records. Also, side note, we let the researcher know that if the court denies her request, _Court Watch_ will cover the costs. Spite is a powerful thing.

- **An Oklahoma man** who tried to _blow up an old dishwasher_ and accidentally blew himself up was indicted this week, as feds uncovered a large stash of explosives and videos on his phone of exploding appliances in the yard.

- **We, too,** would like answers to _these vital questions_.

- **Plaintiffs in a Biden-era settlement with families that were separated during immigration enforcement** say that ICE has _arrested a number of its class action members_ (including a 13-year-old boy).

- **Homeland Security Investigations** _seized $800,000_ in two suitcases at the airport.

- **Ten people in Texas** _were charged_ **with attempted murder of correctional officers and ICE agents.** Citing, in part, self-censorship and reputational concerns, academia has largely _ceded the study of left-wing extremism in recent years._ Unencumbered by biases, we press on. Our latest peer-reviewed article on left-wing extremism is _here_. Meanwhile, the feds _have charged_ another man separately as part of the plot, for allegedly trying to destroy evidence.

- **A lawsuit says that Pinterest** has been _crawling the internet_ to steal copyrighted images.

- **The fact that the IRS** gave a _sovereign citizen only $300,000, instead of the $500,000 he originally requested, is impressive_.

- **PETA** is *suing* the American Kennel Club.

- **A Department of Energy Counterintelligence employee** *was charged* with trying to bribe colleagues for contracts for his company.

- **Honestly, no notes,** this is the *best lawsuit name ever.*

- **Sovereign Citizens** continue to *have the best headers* for their lawsuits.

- **In a civil lawsuit,** a Chinese company *is accused* of stealing the specs for superconductors.

- **The conservative news site Headline USA** got a scooplet this week about *two individuals charged* with providing a rifle to a man accused of trying to kill President Trump.

- **Gun Owners of America is seemingly** *judge shopping* their way towards a major gun rights victory.

- **Maryland federal courts** continue to have to *dive deep* on the bench to address an Administration lawsuit.

- **George Clooney's tequila** may not be *what it says it is*.

- **In what will surely be the next James Gunn film,** a Peter Thiel fellow is *accused of stealing the secrets* of weather modification.

- **DOJ is going after California for the** *price of their eggs*.

- **The U.S. Attorney's Office in LA quietly** *dropped the charges* against an American who was accused of resisting arrest by Border Patrol Agents.

- **Speaking of which,** that same office let *go of its appeal* against a man accused of attacking an ICE agent, whose charges were dropped when one of the agent's colleagues talked to the defendant in court.

- **You may recognize our song of the week** when it was covered poorly a few years back by a country band, but the *original by Will Hoge is so much better*. Also, if you're like us, and now down a Will Hoge rabbit hole, may we humbly suggest *this one* too. We're gonna pick up tickets to see him play in November in Ram's Head in Annapolis, Maryland. If you're in the area, and coming to the show, drop us a note and we'll buy your first round at the venue.

---

shoutout.

# status_

**Big scoops. Unafraid analysis. Zero spin.**

See why The Wall Street Journal just declared us a "must-read." Sign up for the newsletter that has everyone in the media industry talking.

**Click Here to Subscribe**

**Power runs on information.** Authored by Oliver Darcy, *Status* is your daily dispatch from the front lines—where media, tech, and politics collide. With fearless reporting and sharp insight, we hold the most influential figures to account. *Subscribe by clicking here.*

---

- **A D.C. judge spent 35 pages lamenting that he was powerless to do anything about a cancelled grant.** Writing in *an opinion*, Judge Mehta notes, "There is no doubt in the court's mind that OJP's award terminations were unfair and indiscriminate. When a government agency, especially the Department of Justice, agrees to fund private organizations to carry out a public purpose, such organizations expect regularity and respectful treatment. That is not what occurred here. The court laments that the limits of its own power prevent it from helping Plaintiffs and similarly situated grantees. But the court cannot cure an injustice by exceeding its own authority."

- **We're just clever enough to realize** that Mark Zaid, a lawyer who had his security clearance revoked by the President, is probably low-key using this *pre-publication review*

- **It's flying under the radar,** but fired Twitter employees *are playing for keeps* against Elon Musk.

- **Repetition is the fastest way to catch a** *federal charge*: "The two passengers in the next row up in seats 30 D and 30 F heard TAYLOR say "I have a bomb" at least two times. They also heard Witness One say "Why would you say that" to which TAYLOR responded, "This is a bomb."

- **Mr. Beast** continues to argue that mass curing blindness is a *trade secret*.

- **Columbia University** *was sued* for not protecting the personal information of its students. A NYC mayoral candidate has not joined the lawsuit.

- **It was a tough competition,** but we may have found the worst person *in the dockets* this week.

- **God speed.** A man who lost 10 million dollars *is suing his pig butchering scammers*.

- **Doc Antle,** who appeared in the pandemic-era Netflix hit Tiger King, was *sentenced* to a year in prison.

- **The Justice Department** says it *arrested* a prolific Chinese hacker.

- **Your honors,** *you've been served*.

- **A man accused of** *posting threats* against President Trump and Attorney General Bondi reportedly told law enforcement, "he was smoking a lot of marijuana when he posted the threat."

- **The CEO of Live Entertainment** was *indicted* for allegedly rigging a bid process to buy a sports arena in Austin, Texas.

- **An Oregon judge** *ordered* **immigration authorities to release a Mexican man** they had detained despite his compelling grounds for asylum and cooperation.

- **Lawyers for WilmerHale** in its case against the Trump administration over the EO targeting it said a "disgruntled former contractor" shouldn't be able to *join in* on the case.

- **Mike Lindell's attorneys were** *sanctioned* over AI hallucinations.

Thanks for reading.

## Reply



Add your comment...

Newest first

## Keep Reading



Jul 28, 2025 · 7 min read

### Former Moderator Sues Chaturbate for 'Psychological Trauma'

"Without these safeguards, Mr. Barber eventually developed full-blown PTSD, which he is currently still being treated for," the former mod's lawyer said.



Jun 20, 2025 · 13 min read

### #131: Planning a Terror Attack on Roblox

A self described "ginger isis member" has entered the chat. Plus, a shrimp scandal, MrBeast, burning Israeli flags, New England Antifa, and 764 continues to be the Internet's worst creation.



Jun 24, 2025 · 7 min read

### Shaming the Internet

We're not mad, just disappointed. But also, mad.

View more >

# Court Watch

The Definitive Source for Legal News

Email    Subscribe

**RSS FEED**

© 2025 Court Watch.        Privacy policy   Terms of use     Powered by beehiiv