#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
#### NORTHERN DIVISION

| | |
|---|---|
| IN RE FOUR APPLICATIONS FOR SEARCH WARRANTS SEEKING INFORMATION ASSOCIATED WITH PARTICULAR CELLULAR TOWERS A/K/A TOWER-DUMP WARRANTS | CAUSE NO. 3:25-CR-38-CWR-ASH |

### **ORDER**

The National Association of Criminal Defense Lawyers, the American Civil Liberties Union ("ACLU"), the ACLU of Mississippi, the Electronic Frontier Foundation, and the Mississippi Office of the State Public Defender have requested leave to file an *amicus curiae* brief in this case. Docket No. 10. The government does not oppose the request so long as the brief "is limited to the legal issues raised in the two public orders issued by the magistrate judge" and is "timely filed on the same day that the government's motion for review is due." Docket No. 21 at 1. The government's position is well-taken. The Court will grant the request for leave to file an *amicus* brief. *Amici*'s brief shall be limited to the legal issues raised in the public orders.

The deadline for the government's motion for review of the Magistrate Judge's February 21, 2025, and June 27, 2025, orders denying the respective search warrant applications is **August 29, 2025**. *Amici's* brief is due that same day.

**SO ORDERED**, this the 18th day of August, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
