Form 6 (ND/SD Miss. Dec. 2016)

United States District Court
NORTHERN District of Mississippi

IN RE FOUR APPLICATIONS FC     Plaintiff

v.                                                    Civil Action No.    3:25-cr-38-CWR-ASH

Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name: Cynthia Eva Hujar Orr

Firm Name: Goldstein & Orr

Office Address: 315 E. Commerce St Suite 301

City: San Antonio    State: TX    Zip: 78205

Telephone: 2210-226-1463    Fax: 210-226-8367

E-Mail: whitecollarlaw@gmail.com

(B)  Client(s): Amicus

Address:

City: _____    State _____    Zip _____

Telephone: _____    Fax: _____

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:

☑   State of Texas

☐   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

512) 463-1312. web: https://www.txcourts.gov/supreme/contact-us/
Supreme Court Building
201 W. 14th Street, Room 104
Austin, Texas 78701

Mailing Address PO Box 12248, Austin, Texas 78711

All other courts before which I have been admitted to practice:

Form 6 (ND/SD Miss. Dec. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| | |

|     |                                                                                                              | Yes | No |
|-----|--------------------------------------------------------------------------------------------------------------|-----|----|
| (D) | Have you been denied admission pro hac vice in this state?                                                   | ●   | ○  |
|     | Have you had admission pro hac vice revoked in this state?                                                   | ○   | ●  |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?     | ○   | ●  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |                                                                                                                                                                   | Yes | No |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?   | ○   | ●  |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)  Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

|     |                                                                                                                                                                              | Yes | No |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?        | ●   | ○  |
|     | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?                                                                                        | ●   | ○  |

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Goodloe T. Lewis MSB # 9889

Firm Name:   HICKMAN, GOZA & SPRAGINS, PLLC

Office Address:   Post Office Drawer 668

City: Oxford          State: MS     Zip: 38655-0668

Telephone: (662) 234-4000     Fax: (662) 234-2000

Email address: glewis@hickmanlaw.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)　The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

8/26/25
_____　　　　　_____
Date　　　　　　　　　　　　　Applicant's Handwritten Signature
　　　　　　　　　　　　　　　Cynthia Orr

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __27__ day of __August__, 20__25__.

_____
Resident Attorney

6

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

August 24, 2025

Re: Cynthia Eva Hujar Orr, State Bar Number 15313350

To Whom It May Concern:

This is to certify that Cynthia Eva Hujar Orr was licensed to practice law in Texas on November 10, 1988, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

