UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE FOUR APPLICATIONS FOR SEARCH
WARRANTS SEEKING INFORMATION
ASSOCIATED WITH PARTICULAR                    CRIMINAL NO. 3:25-CR-38-CWR-ASH
CELLULAR TOWERS
A/K/A TOWER-DUMP WARRANTS

ORDER

Attorney Cynthia Eva Hujar Orr of the Goldstein & Orr law firm in San Antonio, Texas, has filed an Application for Admission Pro Hac Vice in this case. Mot. [31]. In her application, she indicates that she has previously been denied admission pro hac vice in this state, but she does not "specify the nature of the allegations, the name of the authority bringing such proceedings, the caption of the proceedings, the date filed, what findings were made, and what action was taken in connection with those proceedings" as required by Local Rule 83.1(d)(4)(D). She also fails to identify "the name, address, and phone number of each client sought to be represented" as required by Local Rule 83.1(d)(4)(B). Her application states only "Amicus," but a total of five amici have requested permission to file a brief. Orr's motion is therefore denied without prejudice. Future applications to appear pro hac vice must contain all the information required by Local Rule 83.1.

**SO ORDERED AND ADJUDGED** this the 28th day of August, 2025.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE