FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

In Re Four Application for Search Warrants
Seeking Information Associated with
Particular Cellular Towers A/KA/ Tower-
Dump Warrants

Criminal No. 3:25-CR-38-CWR-ASH

APPLICATION FOR ADMISSION PRO HAC VICE

(A)    Name:      Cynthia Eva Hujar Orr

        Firm Name:      GOLDSTEIN & ORR

        Office Address:      315 E. Commerce St., Suite 301

        City:      San Antonio      State TX      Zip 78205

        Telephone:      (210) 226-1463      Fax: (210) 226-8367

        E-Mail:      whitecollarlaw@gmail.com

(B)    Client(s):      National Association of Criminal Defense Lawyers (Amicus)

        Address:      1660 L. St. NW, 12th Floor

        City:      Washington      State D.C.      Zip 20036

        Telephone:      (202) 465-7615      Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

I am a member of the Amicus Committee for the National Association of Criminal Defense Lawyers (NACDL). I regularly represent NACDL in amicus filings and other matters, none of which are related to this matter.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I am Board Certified in Criminal Law and Criminal Appellate Law in the State of Texas and regularly represent NACDL in important matters concerning Fourth Amendement issues.

(C)     I am admitted to practice in the:

☑        State of Texas

☐        District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

The State Bar of Texas
Texas Law Center
1414 Colorado Street
Austin, Texas 78701
Tel: 512.427.1463
https://www.texasbar.com/

The Texas Supreme Court
201 W 14th St STE 104 Austin, TX 78711
Tel: (512) 463-1312
https://www.txcourts.gov/supreme

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
| --- | --- |

Texas, 1989
U.S. District Court Western District of Texas,          1989 - Present
U.S. District Court Southern District of Texas,          1990 - Present
U.S. Court of Appeals 5th Circuit,                       1990 - Present
U.S. District Court Northern District of Texas,          1991 - Present
U.S. District Court Eastern District of Texas,           1991 - Present
U.S. Court of Appeals 4th Circuit,                       1992 - Present
U.S. Supreme Court,                                      1992 - Present
U.S. Court of Appeals 9th Circuit,                       1996 - Present
U.S. Court of Appeals 11th Circuit,                      2004 - Present

|  |  | Yes | No |
| --- | --- | --- | --- |
| (D) | Have you been denied admission pro hac vice in this state? | ◉ | ○ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

This Court denied me admission in this matter without prejudice on 08/28/2015 because of a mistake in my original application. I have not been denied pro hac admission in this state prior to this Court's August 28, 2025 Order. *See* Dkt. 32. In my previous application, it stated that I had been denied admission pro hac in this state. That was an error.

|  |  | Yes | No |
| --- | --- | --- | --- |
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)    Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
|  |  |  |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)    Please identify each case in which you have appeared as counsel pro hac vice in
       this state within the immediately preceding twelve months, are presently appearing
       as counsel pro hac vice, or have pending applications for admission to appear pro
       hac vice, as follows:

Name and Address of Court          Style of Case

_____


                                                                    Yes      No

(I)    Have you read and become familiar with all the LOCAL
       UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT
       COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF                ◉       ○
       MISSISSIPPI?


       Have you read and become familiar with the MISSISSIPPI RULES
       OF PROFESSIONAL CONDUCT?                                        ◉       ○


(J)    Please provide the following information about the resident attorney who has been
       associated for this case:

Name and Bar Number          Goodloe T. Lewis, MSB # 9889

Firm Name:    HICKMAN,GOZA & SPRAGINS, PLLC

Office Address: Post Office Drawer 668

                   City:    Oxford              State: MS      Zip: 38655-0668

                   Telephone:(662) 234-4000     Fax: (662) 234-2000

Email address:    glewis@hickmanlaw.com

FORM 6 (ND/SD MISS. DEC. 2016)

(K)    The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

08/28/2025
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __28__ day of __Aug__, 2025

_____
Resident Attorney

6

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 24, 2025

Re: Cynthia Eva Hujar Orr, State Bar Number 15313350

To Whom It May Concern:

This is to certify that Cynthia Eva Hujar Orr was licensed to practice law in Texas on November 10, 1988, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Cynthia Eva Hujar Orr**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 10th day of November, 1988.

I further certify that the records of this office show that, as of this date

**Cynthia Eva Hujar Orr**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 24th day of August, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5369C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.