IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE FOUR APPLICATIONS FOR SEARCH
WARRANT SEEKING INFORMATION
ASSOCIATED WITH PARTICULAR
CELLULAR TOWERS
A/K/A TOWER-DUMP WARRANTS

Crim. No. 3:25cr38CWR-ASH

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG 29 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

### MOTION TO SEAL THE MOTION OF THE UNITED STATES FOR REVIEW OF DENIAL OF SEARCH WARRANT APPLICATIONS FOR CELL TOWER DATA

Pursuant to Local Uniform Criminal Rule 49.1(A) and Local Uniform Civil Rule 79 to which Local Criminal Rule 49.1 refers, the United States of America respectfully requests the Court permit the United States to file under seal the enclosed Motion for Review of Denial of Search Warrant Applications for Cell Tower Data. The motion contains confidential investigative information from search warrants that are themselves already under seal, and therefore, in short, the motion should also be placed under seal. In support of the motion, the United States states the following:

The United States sought several search warrants from the Magistrate Judge. These search warrants are currently under seal, which is how search warrants are normally treated. This is because, among other reasons, revealing the existence of an investigation, the techniques used in an investigation, or the content of search warrant applications (including the probable cause supporting such applications) prior to charging or arresting any potential defendant may jeopardize the investigation and potentially put members of the public and law enforcement agents at risk. As one example, information from a search warrant (as here) concerning suspected gang-related shootings, if made available to the public, could in and of themselves lead to retaliatory shootings. As another, a person's reputation could be unnecessarily damaged if they are suspected of a crime

1

during a preliminary, investigative stage, but not yet charged, and information concerning that suspicion is released to the public.

The Magistrate Judge declined to issue the sought-after search warrants, and the United States desires to file the enclosed motion for review – but to file it under seal. The motion itself contains confidential investigative information from the affidavits offered in support of the search warrants. It was necessary to include confidential information from the affidavits in the motion in order to present the information to the Court in concrete terms and make plain the facts of this case. This would not have been possible with a more sanitized, anonymized version of the filing. Normally the public would never be privy to the confidential information that is included in the warrant affidavits and the motion, and the United States submits it should not be made privy to it here by being permitted to review the motion.

Although the Amici (i.e., American Civil Liberties Union ("ACLU"), the ACLU of Mississippi, the Electronic Frontier Foundation, and the Mississippi Office of the State Public Defender) are not a party to this action, the United States contacted counsel for the Amici regarding their position, if any, on the United States filing its motion under seal and the ability of the Amici to file a brief they deem sufficient working solely from the Magistrate Judge's two orders that are already available to the public (Dkt. Nos. 6 and 19). As the United States previously advised the Court by e-mail on August 15, 2025, counsel for the Amici advised they can file their briefs working solely from the two public orders and without viewing the motion of the United States.[1]

---

[1] Local Uniform Criminal Rule 47(E) provides that a memorandum of authorities supporting a motion shall not exceed 35 pages without prior leave of the Court. To the extent the Court deems Rule 47(E) to impose that page limitation on the motion filed by the United States, the United States respectfully requests the Court except its filing from that limitation. The motion is close to 35 pages at 42 pages, and it is in 13-point font, not 12-point. Additionally, the motion addresses a complex topic.

ACCORDINGLY, the United States respectfully requests that the Court instruct the Clerk of the Court to file its enclosed Motion for Review of Denial of Search Warrant Applications for Cell Tower Data UNDER SEAL.

                                            PATRICK A. LEMON
                                            *Acting United States Attorney for the*
                                            *Southern District of Mississippi*

By: _____
                                            MATTHEW W. ALLEN
                                            Mississippi Bar Number 101605
                                            *Assistant United States Attorney*
                                            501 E. Court Street, Suite 4.430
                                            Jackson, Mississippi 39201
                                            (601) 965-4480

LAKEITA F. ROX-LOVE
Mississippi Bar Number 103781
*Trial Attorney*
United States Department of Justice
Violent Crime and Racketeering Section
1301 New York Avenue, NW
Washington, D.C. 20530
(202) 307-3345