IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



IN RE FOUR APPLICATIONS FOR SEARCH
WARRANTS SEEKING INFORMATION
ASSOCIATED WITH PARTICULAR
CELLULAR TOWERS
A/K/A TOWER-DUMP WARRANTS                    Crim. No. 3:25cr38CWR-ASH

## ORDER GRANTING MOTION TO SEAL

Before the Court is the United States' Motion to Seal the Motion of the United States for Review of Denial of Search Warrant Applications for Cell Tower Data. Having considered the Motion and applicable legal authority, the Court finds the Motion is well-taken and it is hereby granted.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall file UNDER SEAL the Motion of the United States for Review of Denial of Search Warrant Applications for Cell Tower Data.

ORDERED this 29th day of August, 2025.

UNITED STATES DISTRICT JUDGE